248 So.2d 284

In re J. B. BAGGETT, d/b/a Baggett's 82 Truck Stop and United States Fidelity and Guaranty Co.

v.

Barbara Ann Barger WEBB et al.

Ex parte J. B. BAGGETT, d/b/a Baggett's 82 Truck Stop and United States Fidelity and Guaranty Co.

6 Div. 862.

Supreme Court of Alabama.

April 29, 1971.

Robert B. Harwood, Jr., Rosen, Wright & Harwood, Tuscaloosa, for petitioners.

Paul E. Skidmore, Skidmore, Crownover, & Mountain, Tuscaloosa, opposed.

BLOODWORTH, Justice.

Petition of J. B. Baggett d/b/a Baggett's 82 Truck Stop and United States Fidelity and Guaranty Co. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Baggett v. Webb et al., 46 Ala. App. 666, 248 So.2d 275.

Writ denied.

HEFLIN, C. J., and SIMPSON, COLEMAN and McCALL, JJ., concur.

253 So.2d 56

In re Maude I. BARNES

v.

Tony BURKE.

Ex parte Maude I. Barnes.

7 Div. 888.

Supreme Court of Alabama.

Sept. 30, 1971.

T. J. Carnes, Albertville, for petitioner.

W. W. Watson, Fort Payne, H. T. Foster, Scottsboro, for respondent.

SIMPSON, Justice.

We granted certiorari to review the decision of the Court of Civil Appeals in this case, 47 Ala.App. 253, 253 So.2d 46. Having studied the entire record, we conclude that the judgment of the Court of Civil Appeals should be affirmed. However, we consider it appropriate to observe that by this opinion we do not necessarily indicate our approval of all the language used in the opinion of the Court of Civil Appeals.

Affirmed.

LAWSON, MERRILL, HARWOOD, BLOODWORTH, MADDOX and McCALL, JJ., concur.

HEFLIN, C. J., and COLEMAN, J., dissent.